IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-10670
Conference Calendar
_____


DEMETRA BRUMFIELD,

Plaintiff-Appellant,

versus

GRAND PRAIRIE POLICE DEPARTMENT;
POLLOCK, Detective,

Defendants-Appellees.


- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:93-CV-2394-P
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:*

     Demetra Brumfield appeals from the district court's judgment
in favor of the defendants in a civil rights action.  Brumfield
argues that the action is not time-barred, the Grand Prairie
Police Department has a policy that officers present false
testimony at trial, Pollock is not immune from suit under 42
U.S.C. § 1983, the district court did not liberally construe his
pro se brief, and the district court erred in dismissing certain
claims under Fed. R. Civ. P. 12(b)(6).

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

The district court found that the action was not time-barred and addressed Brumfield's claims. We have reviewed the record and the district court's opinion and find no reversible error.

On appeal, Brumfield can present no legal points arguable on their merits, and the appeal is frivolous. See Howard v. King, 707 F.2d 215, 220 (5th Cir. 1983). Because the appeal is frivolous, it is DISMISSED. See 5th Cir. Rule 42.2. We caution Brumfield that any additional frivolous appeals will invite the imposition of sanctions. To avoid sanctions, Brumfield is further cautioned to review any pending appeals to ensure that they do not raise arguments that are frivolous because they have been previously decided by this court.

APPEAL DISMISSED.